# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>RENO MOTEL INVESTMENTS, INC.,<br><br>    Defendant. | CASE NO. 18-cv-05635-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE PURSUANT TO FED. R. CIV. P. 4(M)** |

**TO PLAINTIFF SCOTT JOHNSON AND HIS COUNSEL OF RECORD**:

You are hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute and to follow the Federal Rules of Civil Procedure.

Plaintiff filed the present lawsuit on September 14, 2018. Plaintiff has not yet filed a proof of service on defendant Reno Motel Investments, Inc. Pursuant to Federal Rule of Civil Procedure 4(m), plaintiff was required to serve defendant with a summons and complaint within ninety (90) days from the date the lawsuit was filed, or December 13, 2018.

The Court **SETS** a compliance hearing for **Friday, February 1, 2019**, on the Court's **9:01 a.m.** calendar in the Federal Courthouse, 1301 Clay Street, Oakland, California. No later than **Friday, January 25, 2019**, plaintiff must file a response to this Order to Show Cause, not to exceed two (2) pages, explaining why plaintiff's claims should not be dismissed for failure to serve the complaint in the above-referenced action within ninety (90) days of filing pursuant to Federal Rule of Civil Procedure 4(m).

Failure to timely file shall be deemed an admission that good cause exists to dismiss the case without prejudice, which the Court will then do without further notice.

**IT IS SO ORDERED.**

Dated: January 14, 2019

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**