# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,**<br>　　　　Plaintiff,<br>　　vs.<br>**RENO MOTEL INVESTMENTS, INC.,**<br>　　　　Defendant. | CASE NO. 18-cv-05635-YGR<br><br>**ORDER STRIKING ANSWER**<br>Re: Dkt. No. 13 |

On January 18, 2019, plaintiff in the above-captioned case filed a motion for entry of default as to defendant. (Dkt. No. 9). On January 22, 2019, the Clerk entered default. (Dkt. No. 22.) Despite the entry of default against defendant, defendant filed its answer to the complaint on January 31, 2019. (Dkt. No. 13.)

Given the prior entry of default, defendant's answer is **STRICKEN**. Should defendant seek to set aside the default, it must file a motion to that effect by no later than **Monday, February 11, 2019**. Should defendant fail to file a timely motion to set aside the default, plaintiff may proceed with the filing of its motion for default judgment as previously instructed. (Dkt. No. 12.)

**IT IS SO ORDERED.**

Dated: February 4, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**