CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MARK S. POSARD (SBN: 208790)
mposard@grsm.com
Russell Leibson (SBN: 99871)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Attorneys for Defendant
Reno Motel Investments, Inc.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
November 20, 2019

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 4:18-CV-05635-YGR |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| RENO MOTEL INVESTMENTS, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 30, 2019      CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: October 30, 2019      GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Russell Leibson
    Russell Leibson
    Attorneys for Defendant
    Reno Motel Investments, Inc

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Russell Leibson, counsel for Reno Motel Investments, Inc., and that I have obtained Mr. Leibson's authorization to affix his electronic signature to this document.

Dated: October 30, 2019        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff